RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/20/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMIE DALE SMITH<br>LA. DOC #355512<br>VS.<br><br>WARDEN, DAVID WADE CORRECTIONS<br>CENTER | CIVIL ACTION NO. 09-0827<br><br>SECTION P<br><br>CHIEF JUDGE JAMES<br><br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge filed previously herein [Doc. No. 3], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 19 day of August, 2009.

ROBERT G. JAMES
CHIEF JUDGE